THE INDIANAPOLIS, PERU AND CHICAGO R. W. Co. v. GOAR.

DEMURRER TO EVIDENCE.—*Practice.*—On a demurrer to evidence, its fair weight, and all reasonable inferences deducible therefrom, fall against the party demurring.

From the Howard Circuit Court.

*D. Moss*, for appellant.

*J. Green, D. Waugh* and *J. Waugh*, for appellee.

BIDDLE, J.—Complaint against the appellant, by the appellee, for killing a steer on the track of the appellant's railroad, where it was not securely fenced, by running upon and over the steer with a train of cars.

Demurrer to the evidence; judgment for the appellee.

The sufficiency of the evidence is the only question presented. On a demurrer to evidence, its fair weight, and all reasonable inferences from it, fall against the party demurring. *McCreary* v. *Fike*, 2 Blackf. 374; *Greggs* v. *Seeley*, 8 Ind. 264; *The City of Indianapolis* v. *Lawyer*, 38 Ind. 348; *Lindley* v. *Kelley*, 42 Ind. 294; *Strough* v. *Gear*, 48 Ind. 100; *Holmes* v. *The Phœnix M. L. Ins. Co.*, 49 Ind. 356; *Pinnell* v. *Stringer*, 59 Ind. 555.

Under this rule, upon examination, we are convinced that the evidence fully supports the judgment, which is affirmed, at the costs of the appellant.